**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17- 00242-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TRAMARCIEA JOVAN RUFFINS | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of January, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT